## SCHUCK *et al.* v. MOORE.

No. 4611. Opinion Filed June 29, 1915.

(150 Pac. 461.)

**APPEAL AND ERROR—Record—Dismissal.** A record which fails to contain a copy of the final order or judgment sought to be reviewed, and in which it is not made to appear that such order or judgment is of record in the trial court, presents no question to this court for determination, and the appeal will be dismissed.

(Syllabus by Devereux, C.)

*Error from Superior Court, Oklahoma County;*
*Edward Dewes Oldfield, Judge.*

Action by W. O. Moore against H. D. Schuck and others. Judgment for plaintiff, and defendants bring error. Dismissed.

This action was commenced in the court below by the defendant in error against H. G. Schuck, A. B.

Schuck, Grace M. Schuck, and Anna M. Schuck, as partners, to recover $852.50, alleged to be due by contract. The issues were submitted to the jury, who found a verdict against H. G. and A. B. Schuck, and the case is brought to this court by petition in error and case-made. The case-made shows that there was a motion for a new trial, and an order overruling it, which was excepted to; but nowhere in the case does it appear that there was ever any judgment rendered on the verdict, no judgment of any kind appearing, except the order overruling the motion for a new trial.

*Giddings & Giddings*, for plaintiffs in error.

*James S. Twyford*, for defendant in error.

Opinion by DEVEREUX, C. (after stating the facts as above). The petition in error and appeal must be dismissed. It has repeatedly been held by this court that, where the record fails to contain a copy of the final order or judgment sought to be reviewed, and in which it is not made to appear that the same is of record in the trial court, no question is presented to this court for its determination, and the appeal will be dismissed. *Sproad v. Durland*, 7 Okla. 230, 54 Pac. 458; *Denny v. Wright*, 13 Okla. 256, 74 Pac. 104; *Ford v. McIntosh*, 22 Okla. 423, 98 Pac. 341; *Meadors v. Johnson*, 27 Okla. 543, 117 Pac. 198; *Brown v. Territory*, 15 Okla. 362, 82 Pac. 647; *Kansas City, M. & O. Ry. Co. v. Fain*, 34 Okla. 164, 124 Pac. 70.

We therefore recommend that the appeal be dismissed.

By the Court: It is so ordered.